| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Patricia A. Fillar<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–9420<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter:  7  10/7/22 |
| Case number: | 22–21990–CMB | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Patricia A. Fillar | |
| 2. | **All other names used in the last 8 years** | aka Pattie A. Fillar | |
| 3. | **Address** | 644 Cherry Street<br>Greensburg, PA 15601 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br>Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles O. Zebley Jr.<br>P.O. Box 2124<br>Uniontown, PA 15401 | Contact phone 724–439–9200<br>Email: COZ@Zeblaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

Debtor  **Patricia A. Fillar**                                                                                                           Case number **22–21990–CMB**

| | | |
|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. – Fri. Pittsburgh Office: <br> 9:00a.m. – 4:30p.m. Erie Office: <br> 9:00a.m. – 4:30p.m. <br><br> Contact phone 412–644–2700 <br><br> Date: 10/20/22 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 2, 2022 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). <br><br> **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 1/31/23** <br><br><br><br><br><br><br><br><br><br><br><br> **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                                 page **2**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 22-21990-CMB

Patricia A. Fillar                                      Chapter 7

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                User: auto                                    Page 1 of 3

Date Rcvd: Oct 20, 2022                       Form ID: 309A                          Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. Fillar, 644 Cherry Street, Greensburg, PA 15601-2868 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| tr | + | Charles O. Zebley, Jr., P.O. Box 2124, Uniontown, PA 15401-1724 |
| 15521456 | | Credit Corp Solutions, Inc, c/o Gregg Lawrence Morris, Esq, 2400 Ansys Drive Suite 402 B, Canonsburg, PA 15317-0403 |
| 15521467 | + | Flagstar Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 15521468 | | Greater Greensburg Sewage Authority, Po Box 248, Greensburg, PA 15601-0248 |
| 15521469 | + | Magisterial District Judge 10-2-10, Chris Flanigan, 40 N Pennsylvania Ave, Greensburg, PA 15601-2341 |
| 15521474 | + | Peoples Gas, 375 N Shore Dr #600, Pittsburgh, PA 15212-5866 |
| 15521473 | + | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 15521484 | + | Waste Management of PA, PO Box 43470, Phoenix, AZ 85080-3470 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: julie.steidl@steidl-steinberg.com | Oct 20 2022 23:27:00 | Kenneth Steidl, Steidl & Steinberg, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219 |
| smg | | EDI: PENNDEPTREV | Oct 21 2022 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2022 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 21 2022 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2022 23:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Oct 20 2022 23:28:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | EDI: RECOVERYCORP.COM | Oct 21 2022 03:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15521450 | + | Email/Text: backoffice@affirm.com | Oct 20 2022 23:28:00 | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15521451 | + | Email/Text: backoffice@affirm.com | Oct 20 2022 23:28:00 | Affirm, Attn Bankruptcy Dept, 30 Isabella St., 4th Floor, Pittsburgh, PA 15212-5862 |
| 15521453 | + | EDI: CAPITALONE.COM | Oct 21 2022 03:33:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 15521452 | + | EDI: CAPITALONE.COM | Oct 21 2022 03:33:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15521457 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 20 2022 23:28:00 | Dept of Ed/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15521461 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 20 2022 23:28:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 15521466 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 20 2022 23:28:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15521465 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 20 2022 23:28:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15521454 | | EDI: JPMORGANCHASE | Oct 21 2022 03:28:00 | Chase Auto Finance, 700 Kansas Lane, Monroe, LA 71203 |
| 15521455 | | EDI: JPMORGANCHASE | Oct 21 2022 03:28:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 15521470 | + | Email/Text: mawccollection@mawc.org | Oct 20 2022 23:28:00 | Municipal Authority of Westmoreland Co., 124 Park & Pool Rd., New Stanton, PA 15672-2404 |
| 15521472 | + | EDI: NAVIENTFKASMSERV.COM | Oct 21 2022 03:33:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15521471 | + | EDI: NAVIENTFKASMSERV.COM | Oct 21 2022 03:33:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15521475 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 20 2022 23:27:00 | PNC Bank N.A., 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15521476 | | EDI: PRA.COM | Oct 21 2022 03:33:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15521478 | | EDI: PRA.COM | Oct 21 2022 03:33:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15521481 | | Email/Text: bankruptcy@springoakscapital.com | Oct 20 2022 23:27:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 15521480 | | Email/Text: bankruptcy@springoakscapital.com | Oct 20 2022 23:27:00 | Spring Oaks Capital, Llc, P.o. Box 1216, Chesapeake, VA 23327 |
| 15523762 | + | EDI: RMSC.COM | Oct 21 2022 03:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15521482 | | EDI: RMSC.COM | Oct 21 2022 03:28:00 | Synchrony Bank / Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 15521483 | | EDI: RMSC.COM | Oct 21 2022 03:28:00 | Synchrony Bank / Sam's Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 15521486 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 20 2022 23:28:00 | West Penn Power, 5001 Nasa Blvd, Fairmont, WV 26554-8248 |
| 15521485 | | Email/Text: bankruptcy@firstenergycorp.com | Oct 20 2022 23:28:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15606-2222 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK, FSB |
| 15521458 | *+ | Dept of Ed/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |

Case 22-21990-CMB    Doc 11    Filed 10/22/22    Entered 10/23/22 00:21:44    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: 309A | Total Noticed: 38 |

| 15521459 | *+ | Dept of Ed/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15521460 | *+ | Dept of Ed/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15521462 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 15521463 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 15521464 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 15521477 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15521479 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK FSB bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Kenneth Steidl | on behalf of Debtor Patricia A. Fillar julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 4