| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Patricia A. Fillar<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9420<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22–21990–CMB | |

## Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    Patricia A. Fillar
    aka Pattie A. Fillar

2/1/23

**By the court:**   Carlota M Bohm
                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21990-CMB |
| Patricia A. Fillar | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 01, 2023 | Form ID: 318 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. Fillar, 644 Cherry Street, Greensburg, PA 15601-2868 |
| 15521456 | | Credit Corp Solutions, Inc, c/o Gregg Lawrence Morris, Esq, 2400 Ansys Drive Suite 402 B, Canonsburg, PA 15317-0403 |
| 15521467 | + | Flagstar Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 15521468 | | Greater Greensburg Sewage Authority, Po Box 248, Greensburg, PA 15601-0248 |
| 15521469 | + | Magisterial District Judge 10-2-10, Chris Flanigan, 40 N Pennsylvania Ave, Greensburg, PA 15601-2341 |
| 15521474 | + | Peoples Gas, 375 N Shore Dr #600, Pittsburgh, PA 15212-5866 |
| 15521473 | + | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 15521484 | + | Waste Management of PA, PO Box 43470, Phoenix, AZ 85080-3470 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 02 2023 05:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2023 00:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 02 2023 05:39:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2023 00:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Feb 02 2023 05:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15521450 | + | Email/Text: backoffice@affirm.com | Feb 02 2023 00:38:00 | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15521451 | + | Email/Text: backoffice@affirm.com | Feb 02 2023 00:38:00 | Affirm, Attn Bankruptcy Dept, 30 Isabella St., 4th Floor, Pittsburgh, PA 15212-5862 |
| 15521453 | + | EDI: CAPITALONE.COM | Feb 02 2023 05:39:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15521452 | + | EDI: CAPITALONE.COM | Feb 02 2023 05:39:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15521457 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 02 2023 00:38:00 | Dept of Ed/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15521461 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 02 2023 00:38:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE |

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 01, 2023 | Form ID: 318 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 68501-2505 |
| 15521466 | + | Email/Text: cashiering-administrationservices@flagstar.com | Feb 02 2023 00:38:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15521465 | + | Email/Text: cashiering-administrationservices@flagstar.com | Feb 02 2023 00:38:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15521454 | | EDI: JPMORGANCHASE | Feb 02 2023 05:39:00 | Chase Auto Finance, 700 Kansas Lane, Monroe, LA 71203 |
| 15521455 | | EDI: JPMORGANCHASE | Feb 02 2023 05:39:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 15521470 | + | Email/Text: mawccollection@mawc.org | Feb 02 2023 00:38:00 | Municipal Authority of Westmoreland Co., 124 Park & Pool Rd., New Stanton, PA 15672-2404 |
| 15521472 | + | EDI: NAVIENTFKASMSERV.COM | Feb 02 2023 05:39:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15521471 | + | EDI: NAVIENTFKASMSERV.COM | Feb 02 2023 05:39:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15521475 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 02 2023 00:38:00 | PNC Bank N.A., 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15521476 | | EDI: PRA.COM | Feb 02 2023 05:39:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15521478 | | EDI: PRA.COM | Feb 02 2023 05:39:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15521481 | | Email/Text: bankruptcy@springoakscapital.com | Feb 02 2023 00:38:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 15521480 | | Email/Text: bankruptcy@springoakscapital.com | Feb 02 2023 00:38:00 | Spring Oaks Capital, Llc, P.o. Box 1216, Chesapeake, VA 23327 |
| 15523762 | + | EDI: RMSC.COM | Feb 02 2023 05:39:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15521482 | | EDI: RMSC.COM | Feb 02 2023 05:39:00 | Synchrony Bank / Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 15521483 | | EDI: RMSC.COM | Feb 02 2023 05:39:00 | Synchrony Bank / Sam's Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 15521486 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 02 2023 00:38:00 | West Penn Power, 5001 Nasa Blvd, Fairmont, WV 26554-8248 |
| 15521485 | | Email/Text: bankruptcy@firstenergycorp.com | Feb 02 2023 00:38:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15606-2222 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK, FSB |
| 15521458 | *+ | Dept of Ed/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15521459 | *+ | Dept of Ed/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15521460 | *+ | Dept of Ed/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15521462 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 15521463 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 15521464 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 15521477 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15521479 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2023              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Kenneth Steidl | on behalf of Debtor Patricia A. Fillar julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5